UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J'MARION BELL, a minor, by his mother, MARQUITA PORTER, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN ISLAND STORES, LLC, & NATIONAL STORES, INC. <br><br> Defendants. | Removed from 17 L 1064 <br><br> **Jury Demanded** |

## NOTICE OF REMOVAL

SOUTHERN ISLAND STORES, LLC, & NATIONAL STORES, INC., Defendants in the above entitled cause, seek removal from the Circuit Court of Cook County and to the United States District Court, Northern District of Illinois, Eastern Division and, in support thereof, allege as follows:

1. This action was commenced against SOUTHERN ISLAND STORES, LLC, & NATIONAL STORES, INC., in the Circuit Court of Cook County, Illinois on 1/30/17. A copy of Plaintiff's Complaint was served on Defendant, SOUTHERN ISLAND STORES, LLC, on 2/21/17 and served on Defendant NATIONAL STORES, INC., on 2/23/17.

2. At the time the action was commenced and since then, upon information and belief, the Plaintiff was and is a citizen of the County of Cook, State of Illinois and Defendant, SOUTHERN ISLAND STORES, LLC., was and is a limited liability company organized and existing under the laws of the state of Delaware with its principal place of business in Gardena, California and Defendant, NATIONAL STORES, INC., was and is a corporation organized and existing under the laws of the state of California with its principal place of business in Gardena, California.

3. The amount in controversy exceeds $75,000.00 exclusive of interest and costs, as appears from Plaintiff's Complaint. (A copy of which is attached hereto and incorporated herein by reference in this Notice as Exhibit "A"). Plaintiff, J'MARION BELL, a minor, by his mother, MARQUITA

PORTER, allegedly sustained severe and permanent injuries and damages. According to Plaintiff's Complaint, Plaintiff has allegedly suffered the following present and future losses and expenses: pain and suffering; bodily injury; medical expenses; disfigurement; and loss of a normal life. Plaintiff's Complaint demands judgment against Defendant in an amount in excess of $50,000.00. Defense counsel requested that Plaintiff's attorney stipulate that the amount in controversy was below $75,000.00, but Plaintiff's attorney refused. Upon information and belief, Plaintiff sustained an injury to his eye which required surgery and continuing treatment and has accrued approximately $50,000.00 in medical bills.

4. This action is a civil one of which the United States District Courts have original jurisdiction under 28 USC §1332.

5. The Defendants SOUTHERN ISLAND STORES, LLC, and NATIONAL STORES, INC., attached to this notice copies of all process, pleadings, and orders that have been served on them. (A copy of which are attached hereto and incorporated by reference in this Notice as Exhibit "B").

WHEREFORE, the Defendants, SOUTHERN ISLAND STORES, LLC, and NATIONAL STORES, INC., pray that this cause be removed to the United States District Court for the Northern District of Illinois.

        SOUTHERN ISLAND STORES, LLC, &
        NATIONAL STORES, INC.

By:    *s:/Christopher M. Puckelwartz*
       One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: 312-377-1501
Fax:    312-377-1502
rlenkov@bdlfirm.com
cpuckelwartz@bdlfirm.com

STATE OF ILLINOIS )
) SS.
COUNTY OF COOK )

Christopher M. Puckelwartz, being first duly sworn on oath, deposes and says that:

1. He is one of the attorneys for the Defendant in this cause;

2. He has prepared and read the notice of removal filed in this cause and has personal knowledge of the facts and matters contained in it; and

3. The facts and allegations contained in the notice of removal are true and correct.

                                 **SOUTHERN ISLAND STORES, LLC, &**
                                 **NATIONAL STORES, INC.**

                       By:    s:/*Christopher M. Puckelwartz*
                              One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
BRYCE DOWNEY & LENKOV LLC
200 North LaSalle Street, Suite 2700
Chicago, IL 60601
Phone: 312-377-1501
Fax:    312-377-1502
rlenkov@bdlfirm.com
cpuckelwartz@bdlfirm.com