IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

J'MARION BELL, a minor, by his )
mother, MARQUITA PORTER )
              Plaintiff, )
 )       2017L001064
 )       CALENDAR/ROOM A
 )       TIME 00:00
vs. ) No. PI Other
 )
SOUTHERN ISLAND STORES, LLC )
& NATIONAL STORES, INC. )
 )
          Defendants )

**COMPLAINT AT LAW**

    NOW COMES the plaintiff, J'MARION BELL, by his mother and next friend, MARQUITA PORTER, and through her attorney, Bruce Radzin, and complains against the defendants, SOUTHERN ISLAND STORES, LLC and NATIONAL STORES, INC. as follows:

    1. On or about March 18, 2016, the plaintiff herein, J'MARION BELL, a minor, while exercising the due care and caution commensurate with that of a six year old child, was an invitee, and lawfully upon the premises of defendant's clothing store located at 4939 W. North Avenue in the City of Chicago, County of Cook, and State of Illinois.

    2. That the defendants, SOUTHERN ISLAND STORES, LLC and NATIONAL STORES, INC. did own, manage, control and operate the above clothing store located at 4939 W. North Avenue in the City of Chicago, County of Cook, and State of Illinois.

    3. That the defendant, SOUTHERN ISLAND STORES, LLC was and is a limited liability company organized under the laws of Delaware, and doing business as "Fallas", & "Fallas # 0531" in the City of Chicago, County of Cook, and State of Illinois.

1



4. That the defendant, NATIONAL STORES, INC. was and is a corporation under the laws of California, and doing business as "Fallas" & "Fallas #0531" in the City of Chicago, County of Cook, and State of Illinois.

5. That at all times mentioned herein, the defendants had a duty to use reasonable care for the safety of those lawfully on its premises.

6. That the defendants, were negligent in one or more of the following ways:

a. utilized a certain style of hooks to display merchandise without adequately guarded ends that were readily available;
b. utilized unguarded hooks to display candies and toys that would attract children;
c. utilized hooks to display merchandise without adequately guarded ends, to display candy & colorful toys that would attract children, and placed these hooks at the eye level of small children;
d. used display hooks that were not uniform in length, that projected out at various distances, creating a hazardous condition.
e. placed these unguarded hooks containing candy and toys adjacent to the cash registers when the defendant knew or should have known that the adult with the child would be engaged and distracted by the cashier, while a child reached for candy & toys on these unguarded display hooks;
f. selected improper hooks that were longer than those designed for the shelving display area, extending out into the aisle.
g. Otherwise operated, maintained and controlled its premises in a dangerous and unreasonable manner.

7. That as a direct and proximate result of one or more of the foregoing acts and or omissions, the plaintiff was caused to be indebted and will incur past, present, and future medical expenses and the plaintiff, in addition, also brings this action pursuant to the Family Expense Statute, 750 ILCS 65/15.

8. That as a direct and proximate result of one or more of the foregoing acts of negligence, the plaintiff was injured when his eye became entangled and ensnared by a hook, and as a result thereof, the plaintiff was caused to suffer the following present and future losses and damages:

a.  pain and suffering;

b.  bodily injury;

c.  medical expenses;

d.  disfigurement;

e.  loss of a normal life.

WHEREFORE, the plaintiff, J'MARION BELL, by his Mother, MARQUITA PORTER, prays judgment against the defendants, SOUTHERN ISLAND STORES, LLC and NATIONAL STORES, INC. IN EXCESS OF FIFTY THOUSAND DOLLARS ($50,000.00 DOLLARS.

BRUCE RADZIN - Attorney for Plaintiff

Bruce Radzin

Attorney No. 21584

415 N. LaSalle Street, Suite 502

Chicago, Illinois 60610

(312) 222-0000

C:\DOCUMENTS\C-BELL\bellcom.wpd

| 2120 - Served | 2121 - Served |
|---|---|
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| Summons - Alias Summons | |

(12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

J'MARION BELL, A MINOR, BY MARQUITA PORTER

_____
(Name all parties)

v.

SOUTHERN ISLAND STORES, LLC & NATIONAL STORES INC

No. _____

17L001064

*SERVE NATIONAL STORES INC*
*BY MICHAEL FALLAS*
*15001 S. FIGUEROA ST.*
*GARDENA, CA 90248*

◉ SUMMONS ○ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __802_____, Chicago, Illinois 60602

☐ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

☐ District 3 - Rolling Meadows
2121 Euclid 1500
Rolling Meadows, IL 60008

☐ District 4 - Maywood
Maybrook Ave.
Maywood, IL 60153

☐ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

☐ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

☐ Child Support: 50 W.
Washington, LL-01,
Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: __21584_____

Name: __BRUCE RADZIN_____

Atty. for: __PLAINTIFF_____

Address: __415 N LASALLE-502_____

City/State/Zip Code: __CHICAGO IL. 60654__

Telephone: __312-222-0000_____

Primary Email Address:
BRUCE@RADZIN.COM

Secondary Email Address(es):

_____

_____

Witness: _____ DOROTHY BROWN JAN 3 0 2017

DOROTHY BROWN, Clerk of Court

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____
(Area Code)   (Facsimile Telephone Number)

## DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Page 1 of 1

2120 - Served
2220 - Not Served
2320 - Served By Mail
2420 - Served By Publication
Summons - Alias Summons

2121 - Served
2221 - Not Served
2321 - Served By Mail
2421 - Served By Publication

(12/31/15) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

J'MARION BELL, A MINOR, BY MARQUITA PORTER

(Name all parties)

v.

SOUTHERN ISLAND STORES, LLC & NATIONAL STORES INC

No. _____

*17L001064*

*SERVE: Southern Island Stores, LLC*
*Through PARACORP INCORPORATED*
*901 S. 2ND ST. -201*
*Springfield, IL 62704*

◉ SUMMONS ○ ALIAS SUMMONS

To each Defendant:

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

☑ Richard J. Daley Center, 50 W. Washington, Room __802_____, Chicago, Illinois 60602
☐ District 2 - Skokie
   5600 Old Orchard Rd.
   Skokie, IL 60077
☐ District 3 - Rolling Meadows
   2121 Euclid 1500
   Rolling Meadows, IL 60008
☐ District 4 - Maywood
   Maybrook Ave.
   Maywood, IL 60153
☐ District 5 - Bridgeview
   10220 S. 76th Ave.
   Bridgeview, IL 60455
☐ District 6 - Markham
   16501 S. Kedzie Pkwy.
   Markham, IL 60428
☐ Child Support: 50 W.
   Washington, LL-01,
   Chicago, IL 60602

You must file within 30 days after service of this Summons, not counting the day of service.

IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.

To the Officer:

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

☑ Atty. No.: __21584__

Name: __BRUCE RADZIN__

Atty. for: __PLAINTIFF__

Address: __415 N LASALLE-502__

City/State/Zip Code: __CHICAGO IL. 60654__

Telephone: __312-222-0000__

Primary Email Address:
__BRUCE@RADZIN.COM__

Secondary Email Address(es):

_____

_____

Witness: _____ DOROTHY BROWN JAN 3 0 2017

_____

DOROTHY BROWN, Clerk of Court

Date of Service: _____
(To be inserted by officer on copy left with Defendant or other person)

**Service by Facsimile Transmission will be accepted at:

_____   _____
(Area Code)   (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

Page 1 of 1