**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2**
**Eastern Division**

J'Marion Bell
                          Plaintiff,

v.                                    Case No.: 1:17–cv–02836
                                    Honorable Sharon Johnson Coleman

Southern Island Stores, LLC, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 28, 2017:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to agreed stipulation, this matter shall be remanded, forthwith, to the Circuit Court of Cook County, IL.Civil case terminated. Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.