

**Thomas G. Bruton**
CLERK

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

312-435-5670

May 4, 2017

Clerk, Attention: Dorothy Brown
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, IL  60602

Re: Bell v. Southern Island Stores, LLC et al
USDC No: 17-cv-02836

Circuit Court No:  2017 L 001064

Dear Clerk:

A certified copy of an order entered on 4/28/2017 by the Honorable Sharon Johnson Coleman, remanding the above-entitled case back to the Circuit Court of Cook County, Illinois is herewith transmitted to you for your files.

Sincerely yours,

**Thomas G. Bruton, Clerk**

By:     /s/ L. Fairley
        Deputy Clerk